UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SALAZAR and MATTHEW VALENCIA,<br><br>          Plaintiffs,<br><br>    v.<br><br>SYSCO CENTRAL CALIFORNIA, INC. and DOES 1–100, inclusive,<br><br>          Defendants. | No.  1:15-cv-01758-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 29) |

On April 3, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 29.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 5, 2017**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE